## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUBREY WESTON, *et al.*, | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 1:07-cv-00052 |
| v. | * | |
| | * | |
| MOUNTAIRE FARMS, INC., *et al.* | * | |
| | * | |
| Defendants. | * | |

## ANSWER

Defendants Mountaire Farms, Inc. and Mountaire Farms of Delaware, Inc., answer the Complaint as follows:

1. Paragraph 1 describes the action and does not require an answer.

2. Admitted.

3. Admitted.

4. Denied.

5. Admitted.

6. Admitted.

7. Admitted as to Mountaire Farms of Delaware, Inc.  Plaintiff was not employed by Mountaire Farms, Inc.

8. Admitted as to Mountaire Farms of Delaware, Inc.  Plaintiff was not employed by Mountaire Farms, Inc.

9. Admitted as to Mountaire Farms of Delaware, Inc.  Plaintiff was not employed by Mountaire Farms, Inc.

10. Admitted as to Mountaire Farms of Delaware, Inc. Plaintiff was not employed by Mountaire Farms, Inc.

11. Admitted as to Mountaire Farms of Delaware, Inc. Plaintiff was not employed by Mountaire Farms, Inc.

12. Admitted as to Mountaire Farms of Delaware, Inc. Plaintiff was not employed by Mountaire Farms, Inc.

13. Admitted as to Mountaire Farms of Delaware, Inc that Wise was a Crew Leader. He is now retired. Plaintiff was not employed by Mountaire Farms, Inc.

14. Admitted.

14. (There are two paragraph 14s) Admitted.

15. Admitted.

16. Admitted.

17. Denied.

18. Admitted that Plaintiffs keep time records for their crews.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Admitted or denied in accordance with above.

32. Denied.

33. Denied.

34. Admitted or denied in accordance with above.

35. Admitted.

36. Denied.

## AFFIRMATIVE DEFENSES

1. Plaintiffs are exempt from overtime pursuant to the executive exemption.

2. Claims arising before the applicable limitations period are time barred.

3. Defendants acted in good faith and had reasonable grounds for believing that their conduct was not a violation of the Fair Labor Standards Act.

4. Travel time before arrival at the first farm and after departure from the last farm is excluded from working time under the Portal-to-Portal Act and Fair Labor Standards Act.

5. Plaintiffs' state law claims fail to state a claim for which relief can be granted.

    Respectfully submitted,

    */s/ Roger D. Landon*  
    Roger D. Landon, Esq.  
    Bar No. 2460  
    MURPHY & LANDON  
    1011 Centre Road, #210  
    Wilmington, DE 19805  
    Telephone: (302) 472-8100  
    Facsimile: (302) 472-8135

        Arthur M. Brewer
        Eric Hemmendinger
        SHAWE & ROSENTHAL, LLP
        20 S. Charles St., 11th Floor
        Baltimore, MD 21201
        Telephone:  (410) 752-1040
        Facsimile:  (410) 752-8861

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the Defendants' Answer and Affirmative Defenses was served electronically this 26th day of February, 2007, upon:

> Jeffrey K. Martin, Esquire
> 1509 Gilpin Avenue
> Wilmington, DE 19806

>> */s/ Roger D. Landon*_____
>> Roger D. Landon, Esq.