## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUBREY WESTON, et al., | : |
| Plaintiffs, | : |
| v. | : C. A. No. 07-52-*** |
| MOUNTAIRE FARMS, INC., et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **27th** day of **February, 2007**.

IT IS ORDERED that a Rule 16 scheduling teleconference has been scheduled for **Monday, March 12, 2007 at 9:30 a.m.** with Magistrate Judge Thynge. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE