## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUBREY WESTON, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | C. A. No. 07-52-*** |
| : | |
| MOUNTAIRE FARMS, INC., et al., : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington this **19th** day of **March, 2007**.

IT IS ORDERED that the scheduling teleconference scheduled for Thursday, March 22, 2007 at 10:10 a.m. with Magistrate Judge Thynge has been rescheduled to **Thursday, March 29, 2007 at 9:00 a.m. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE