# Murphy & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

ROGER D. LANDON
DIRECT DIAL: (302) 472-8112

March 27, 2007

**VIA E-FILE**

The Honorable Mary Pat Thynge
United States District
844 N. King Street
Lock Box 8
Wilmington, DE  19801

RE:   *Aubrey Weston v. Mountaire Farms, Inc., et al.*
         United States District Court for the District of Delaware, C.A. No. 07-00052
         **M&L File No. 07-0230**

Dear Judge Thynge:

I am serving as local counsel for the defendants in the above matter. Eric Hemmindinger and Arthur Brewer of Shawe & Rosenthal are lead counsel. A scheduling teleconference has been scheduled before Your Honor on Thursday, March 29, 2007 at 9:00 a.m. I would like to be excused from the scheduling conference as I have an arbitration hearing in Rehoboth Beach, Delaware in another case on 9:00 a.m.

Respectfully,

Roger D. Landon

RDL/dmw
Cc:   Eric Hemmindinger, Esq.
         Jeffrey K. Martin, Esq.

00141144