## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUBREY WESTON, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C. A. No. 07-52-*** |
| | : | |
| MOUNTAIRE FARMS, INC., et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **30th** day of **March, 2007**.

IT IS ORDERED that a teleconference with Magistrate Judge Thynge has been scheduled for **Monday, April 30, 2007 at 8:30 a.m. Jeffrey Martin, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE