

20 S. Charles Street
11th Floor
Baltimore, MD 21201
P: 410-752-1040
F: 410-752-8861

shawe.com

Arthur M. Brewer
brewer@shawe.com
410-843-3466

October 5, 2007

The Honorable Mary Pat Thynge
Magistrate Judge
United States District Court for the District of Delaware
U. S. Courthouse
844 King Street
Wilmington, DE  19801

Re:   Aubrey Weston, et al. v. Mountaire Farms, Inc., et al.
      Case No. 1:07-cv-00052

Dear Judge Thynge:

In accordance with the Court's Scheduling Order issued on March 29, 2007, the parties wish to advise the Court that there has been no activity on this case to date. The parties agreed to wait until a judge has been assigned to hear this case.

Sincerely,

SHAWE & ROSENTHAL, LLP

Arthur M. Brewer

AMB/ker

cc:   Jeffrey K. Martin, Esq.
      Roger D. Landon, Esq.

#165448