## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUBREY WESTON, et al., | : |
| Plaintiffs, | : |
| v. | : C. A. No. 07-52-*** |
| MOUNTAIRE FARMS, INC., et al., | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **9th** day of **October, 2007**.

IT IS ORDERED that the teleconference with Magistrate Judge Thynge scheduled for **October 12, 2007 at 8:30 a.m.** is cancelled.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE