IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE DAVIS, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 04-414-SLR |
| ) | |
| MOUNTAIRE FARMS INC., et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| AUBREY WESTON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 07-052-SLR |
| ) | |
| MOUNTAIRE FARMS INC., et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 25th day of February, 2008,

IT IS ORDERED that a telephonic status conference shall be held on **Monday, March 17, 2008**, at 9:00 a.m.  Counsel for plaintiffs shall coordinate and initiate this call.

_____
United States District Judge