UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AUBREY WESTON, *et al.*,      *
                                   *
         Plaintiff,                *      Civil Action No. 07-052-SLR
    v.                            *
                                   *
MOUNTAIRE FARMS, INC., *et al.* *
                                   *
        Defendants.      *
_____/

**ORDER**

At Wilmington this _____ day of _____, 2008, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1.     **Pre-Discovery Disclosures.** The parties will exchange by March 31, 2008 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.     **Discovery.**

         (a)   Discovery will be needed on the following subjects: (1) Whether the seven Plaintiffs satisfy the requirements of the Executive Exemption provided for under the Fair Labor Standards Act; and (2) the amount of time the Plaintiffs spent performing their tasks as crew leaders.

         (b)   All discovery shall be commenced in time to be completed by August 15, 2008.

    (c) Maximum of twenty (20) interrogatories by each party to any other party.

    (d) Maximum of twenty (20) requests for admission by each party to any other party.

    (e) Maximum of five (5) depositions by Plaintiff and ten (10) by Defendants.

    (f) Each deposition limited to a maximum of seven (7) hours unless extended by agreement of parties.

    (g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by May 31, 2008. Rebuttal expert reports due by June 30, 2008.

    (h) **Discovery Disputes.** Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

  3. **Joinder of Other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before April 30, 2008.

  4. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to a Magistrate Judge for the purposes of exploring ADR.

  5. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before September 15, 2008. Briefing shall

be pursuant to Del. Del. LR 7.1.2.  No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

6. **Applications by Motion.**  Any application to the court shall be by written motion filed with the clerk.  Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers.  **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

7. **Motions in Limine.**  All motions in limine shall be filed on or before November 18, 2008.  All responses to said motions shall be filed on or before November 25, 2008.

8. **Pretrial Conference.**  A pretrial conference will be held on December 2, 2008 at 4:30 p.m. in courtroom 6B, sixth floor Federal Building , 844 King Street, Wilmington, Delaware.  The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9. **Trial.**  This matter is scheduled for a four (4) day jury trial commencing on December 15, 2008 in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.  For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge

#174523