IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUBREY WESTON, VIRGIL BAINE, GILFORD HOPKINS, WILLIAM HUDSON, ERNEST POWELL, KENNETH SAMPSON and VINCENT WISE, SR.<br>    Plaintiffs,<br><br>v.<br><br>MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELAWARE, INC., and MOUNTAIRE FARMS OF DELAWARE, all Delaware Corporations,<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. No: 07-052-SLR<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

I, Jeffrey K. Martin, the undersigned counsel for Plaintiffs in the above-captioned case, hereby certify that two copies of *Plaintiff's Rule 26(a) Pre-Discovery Disclosures* were served via US Mail on April 7, 2008 to the following:

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Rd
Suite 210
Wilmington, DE 19805

                                            MARTIN & WILSON, P.A.

                                            /s/ Jeffrey K. Martin
                                            JEFFREY K. MARTIN, ESQUIRE
                                            TIMOTHY J. WILSON, ESQUIRE
                                            DE State Bar I.D. No.: 2407
                                            DE State Bar I.D. No.: 4323
                                            1508 Pennsylvania Ave
                                            Wilmington, DE 19806
                                            (302) 777-4681
                                            jmartin@martinandwilson.com
                                            twilson@martinandwilson.com
                                            *Attorneys for Plaintiffs*

DATED:      April 7, 2008