# Murphy & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

ROGER D. LANDON
DIRECT DIAL: (302) 472-8112

April 9, 2008

**VIA E-FILE**

Magistrate Judge Mary Pat Thynge
United States District
844 N. King Street
Lock Box 8
Wilmington, DE 19801

RE: *Aubrey Weston v. Mountaire Farms, Inc., et al.*
   United States District Court for the District of Delaware, C.A. No. 07-00052
   **M&L File No. 07-0230**

Dear Judge Thynge:

I am serving as local counsel for the defendants in the above matter. Arthur Brewer of Shawe & Rosenthal is lead counsel and will be participating in the conference scheduled before Your Honor on Monday, April 14, 2008 at 8:30 a.m. I would like to be excused from the scheduling conference.

Respectfully,

Roger D. Landon

RDL/dmw
Cc:   Arthur M. Brewer, Esq.
   Jeffrey K. Martin, Esq.

00151430