## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUBREY WESTON, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-052-SLR |
| MOUNTAIRE FARMS, INC., et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **9th** day of **April, 2008**.

IT IS ORDERED that the teleconference scheduled for Monday, April 14, 2008 at 8:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved, and the types of alternative dispute resolutions available, including mediation has been rescheduled to **Thursday, April 17, 2008 at 9:00 a.m. Plaintiffs' counsel shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE