UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AUBREY WESTON, *et al.*,       *
                               *
       Plaintiff,     *   Civil Action No. 07-052-SLR
v.                             *
                               *
MOUNTAIRE FARMS, INC., *et al.* *
                               *
       Defendants.    *
_____/

## MOTION FOR ADMISSION *PRO HAC VICE* OF ARTHUR M. BREWER PURSUANT TO LOCAL DISTRICT COURT RULE 83.5

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware and the attached Certification, the undersigned counsel moves for the admission *pro hac vice* of Arthur M. Brewer, Esquire (the "Admittee"), of Shawe & Rosenthal, LLP, 20 S. Charles Street, Baltimore, MD 21201, to represent Defendants Mountaire Farms, Inc. and Mountaire Farms of Delaware in the above-captioned case.

                                              _____
                                              Roger D. Landon (Del. Bar. No. 2460)
                                              Murphy & Landon
                                              1011 Centre Road, #210
                                              Wilmington, Delaware 19805
                                              (302) 472-8100
                                              *Attorney for Defendants*

Dated: 4-10-08

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation and course of this action. I also certify that I am generally familiar with this Court's Local Rules.

/s/ Arthur M. Brewer
Arthur M. Brewer
Shawe & Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

Dated: April 9, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUBREY WESTON, *et al.*, | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 07-052-SLR |
| v. | * | |
| | * | |
| MOUNTAIRE FARMS, INC., *et al.* | * | |
| | * | |
| Defendants. | * | |
| _____/ | | |

**ORDER**

IT IS HEREBY ORDERED, this _____ day of _____, 2008, that counsel's motion for admission *pro hac vice* of Arthur M. Brewer is granted.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copies of the foregoing Motion for Admission *Pro Hac* Vice of Arthur M. Brewer, Certification, and form of Order were served this ___10___ day of April, 2008, by First Class mail, postage prepaid, upon:

> Jeffrey K. Martin, Esq.
> Martin & Wilson, P.A.
> 1508 Pennsylvania Ave.
> Wilmington, DE 19806

_____
Roger D. Landon

#175538