## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AUBREY WESTON, *et al.,*           *
                                    *
      Plaintiff,               *          Civil Action No. 1:07-cv-00052
    v.                                *
                                    *
MOUNTAIRE FARMS, INC., *et al.*    *
                                    *
      Defendants.               *
_____/

## <u>NOTICE OF SERVICE OF DISCOVERY</u>

I hereby certify that the following discovery was served on April 16, 2008, by

First Class mail, postage prepaid, upon counsel for Plaintiffs, Jeffrey K. Martin, Esq.,

Martin & Wilson, P.A., 1508 Pennsylvania Ave., Wilmington, DE  19806:

1.    Defendant Mountaire Farms, Inc.'s First Set of Continuing Interrogatories to Plaintiff Aubrey Weston

2.    Defendant Mountaire Farms, Inc.'s First Set of Continuing Interrogatories to Plaintiff Virgil Baine

3.    Defendant Mountaire Farms, Inc.'s First Set of Continuing Interrogatories to Plaintiff Gilford Hopkins

4.    Defendant Mountaire Farms, Inc.'s First Set of Continuing Interrogatories to Plaintiff William Hudson

5.    Defendant Mountaire Farms, Inc.'s First Set of Continuing Interrogatories to Plaintiff Ernest Powell

6.    Defendant Mountaire Farms, Inc.'s First Set of Continuing Interrogatories to Plaintiff Kenneth Sampson

7.    Defendant Mountaire Farms, Inc.'s First Set of Continuing Interrogatories to Plaintiff Vincent Wise, Sr.

8.    Defendants' First Request for Production of Documents to Plaintiff
Aubrey Weston

9.    Defendants' First Request for Production of Documents to Plaintiff
Virgil Baine

10.   Defendants' First Request for Production of Documents to Plaintiff
Gilford Hopkins

11.   Defendants' First Request for Production of Documents to Plaintiff
William Hudson

12.   Defendants' First Request for Production of Documents to Plaintiff
Ernest Powell

13.   Defendants' First Request for Production of Documents to Plaintiff
Kenneth Sampson

14.   Defendants' First Request for Production of Documents to Plaintiff
Vincent Wise, Sr.

Respectfully submitted,

_____/s_____
Roger D. Landon, Esq.
Bar No. 2460
MURPHY & LANDON
1011 Centre Road, #210
Wilmington, DE 19805
Telephone: (302) 472-8100
Facsimile: (302) 472-8135


Arthur M. Brewer (*pro hac vice* pending)
Eric Hemmendinger
SHAWE & ROSENTHAL, LLP
20 S. Charles St., 11th Floor
Baltimore, MD 21201
Telephone:  (410) 752-1040
Facsimile:  (410) 752-8861

*Attorneys for Defendants*

April 16, 2008

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing Notice of Service of Discovery was

served this <u>16th</u> day of April, 2008, via electronic filing, upon:

        Jeffrey K. Martin, Esq.
        Martin & Wilson, P.A.
        1508 Pennsylvania Ave.
        Wilmington, DE  19806

                          /s
                Roger D. Landon, Esq.