## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

AUBREY WESTON, et al.,                          :
                                                :
                    Plaintiffs,                 :
                                                :
        v.                                      :    Civil Action No. 07-052-SLR
                                                :
MOUNTAIRE FARMS, INC., et al.,                  :
                                                :
                    Defendants.                 :

## ORDER

At Wilmington this **19th** day of **June, 2008.**

IT IS ORDERED that the teleconference scheduled for **September 3, 2008 at 8:30 a.m.** and the mediation scheduled for **September 25, 2008 at 10:00 a.m.** with Judge Thynge shall go forward as originally scheduled. Submissions of the parties shall be due on or before **Monday, September 15, 2008.** The Order dated June 19, 2008, cancelling the above matters, was issued erroneously and has been removed from the court's docket.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE