IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUBREY WESTON, et al. )<br><br>Plaintiffs, )<br>)<br>v. )<br>)<br>MOUNTAIRE FARMS, INC., MOUNTAIRE )<br>FARMS OF DELAWARE, INC, and )<br>MOUNTAIRE FARMS OF DELAWARE, )<br>all Delaware Corporations )<br>)<br>Defendants. )  | C.A. NO. 1:07-cv-00052<br><br>JURY TRIAL DEMANDED |

## AFFIDAVIT OF WILLIAM B. HUDSON

STATE OF DELAWARE :
: SS.
SUSSEX COUNTY :

I, WILLIAM B. HUDSON, being duly sworn according to law, depose and state that the information contained herein is based on my own personal knowledge and is true and correct:

1. I am Plaintiff in the above-captioned matter and I am currently employed as a Crew Leader for Mountaire.

2. I testified by deposition on June 17, 2008 regarding my job responsibilities as a Crew Leader.

3. In my testimony, I advised that I was aware of several crew members who were terminated by Mountaire apparently because of their illegal immigration status.

4. Over the last week, I have worked with independent crews that have recently been hired to replace the crews of Crew Leaders Sampson and Weston. I have noted that several of the crew members consist of chicken catchers who were previously terminated by Mountaire because of their immigration status.

_____
WILLIAM B. HUDSON

SWORN AND SUBSCRIBED before me this 16th day of July, 2008.

_____
NOTARY PUBLIC