IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUBREY WESTON, et al. : | |
| Plaintiff, : | |
| v. : | Civil Action No. 1:07-cv-00052 |
| MOUNTAIRE FARMS, INC., : | |
| Defendants. : | |

## ORDER

At Wilmington, Delaware this _____ day of _____, 2008,

After consideration of Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction Against Mountaire and its Corporate Officers Vink and West in Response to Retaliation under the Fair Labor Standards Act,

**IT IS HEREBY ORDERED** that:

1. Plaintiffs, Weston and Sampson be reinstated to their positions as Crew Leaders;

2. Defendants be enjoined from transferring any other Plaintiffs from their positions as Crew Leaders; and

3. Defendants be enjoined from taking any further retaliatory action against Plaintiffs.

_____
J.