

# SHAWE ROSENTHAL LLP

20 S. Charles Street
11th Floor
Baltimore, MD 21201
P: 410-752-1040
F: 410-752-8861

shawe.com

Arthur M. Brewer
brewer@shawe.com
410-843-3466

July 17, 2008

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Lock Box 8
Wilmington, DE 19801

Re:  Aubrey Weston, et al. v. Mountaire Farms, Inc., et al.
     Case No. 07-052-SLR

Dear Judge Robinson:

We were served yesterday with Plaintiffs' motion for a temporary restraining order and/or preliminary injunction in the above matter. We do not think that Plaintiffs' papers make a *prima facie* case for such relief, because it is undisputed that the two Crew Leaders who were replaced by subcontractors remain employed with Mountaire. However, we are preparing a written response to the motion, which we intend to file by July 25, 2008. If the Court wishes to conduct a conference call concerning this matter and I am not available, my partner, Eric Hemmendinger can participate. His telephone number is 410-843-3457.

Sincerely,

SHAWE & ROSENTHAL, LLP

Arthur M. Brewer

AMB/ker

cc: All counsel via electronic filing system

#182803