IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AUBREY WESTON, et al.          :
                               :
        Plaintiff,             :
                               :
v.                             :    Civil Action No. 1:07-cv-00052
                               :
MOUNTAIRE FARMS, INC.,         :
                               :
        Defendants.            :

**REPLY TO OPPOSITION OF MOUNTAIRE FARMS TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER, AND/OR PRELIMINARY INJUNCTION**

In brief reply to Defendants' Opposition, their Opposition seems to be premised upon "a dramatic contraction in the labor pool available to fill...chicken catcher jobs." Opposition at page 8, Mountaire noted that this "dramatic reduction" began in Spring 2008. Opposition at page 2; Chranowski Affidavit at paragraph 6. Mountaire statements including the attached Affidavit of Mark Chranowski, Director of Processing Operations, contain nothing but conclusory statements about this apparent sudden and dramatic shortage of chicken catchers.

In response to the Opposition which was received Friday afternoon, July 25, a meeting was held with all Plaintiffs Saturday morning, July 26, 2008. Six of the Plaintiffs who have recently served as Crew Leader (until three Crew Leaders were transferred as noted in our motion papers; Plaintiff, Vincent Wise, retired in December 2006) have each filed Affidavits which are attached hereto. Four of the six Plaintiffs (Aubrey Weston, Virgil Baine, Ernest Powell and William Hudson) each of these Crew Leaders has testified that he has had a full crew of catchers for the past several months; a period of time which would extend beyond the Spring of 2008 change noted in Mountaire's papers. See Exhibit 1, Affidavits of Crew Leaders, attached hereto. As Mountaire has acknowledged, a normal crew of chicken catchers is seven.

1

In the other two instances involving Crew Leaders Gifford Hopkins and Kenneth Sampson, they each have signed an Affidavit indicating that the average number of chicken catchers they had during this period was six, one less than the other four fully staffed crews.

This sworn evidence is in direct contradiction to the conclusory statements made by Mountaire in its Opposition. In fact, Mountaire goes on to state that it has only enough chicken catchers to staff four of the seven crews, Opposition at page 9. Mountaire further reported to the Court that this shortage of chicken catchers would continue into the "foreseeable future", Opposition at page 8. Translating Mountaire's statements into numbers means that they have reported to this Court that they are short approximately twenty-one chicken catchers. However, a reading of Plaintiffs' Affidavits attached hereto shows the Court through sworn testimony that there was a shortage of two catchers rather than twenty-one. Mountaire has used its figures to justify the transfer of the three Crew Leaders from Crew Leader positions to newly created positions in the processing plant.

Mountaire asks this Court to believe that it will continue to employ these three Crew Leaders in the processing plant at their current salary levels which far exceed their co-workers in the plant. They further indicate that the Crew Leaders will be eligible for incentive pay, but have not detailed any incentive pay. Previously, the incentive pay was based upon the Crew Leader and his crews' performance on the farm. There has been no indication of what type of incentive pay would be available as a result of working in the production facility.

Mountaire also attempts to justify its action in the relieving of the three crews by expressing the economical benefit to have an independent crew. Absent in Mountaire's factual statement or argument is why the three crews could not have been disbanded while the Crew Leaders maintained their positions in charge of the new independent crews.

2

Further, Mountaire suggests some cost savings in its use of independent crews. Mountaire used a figure of 3% per thousand without translating this into dollars and cents. Strikingly absent from this calculation of alleged savings, is the fact that Mountaire in removing the Crew Leaders from the farms and sending them into the plant has created three new positions for which they are paying salaries for each equivalent to $50,000.

In response to the previous Affidavit filed by Plaintiff William Hudson as to the apparent use of illegal immigrants in the independent crews, there has been no denial by Mountaire in its Opposition. Instead, there is a statement that Mountaire's contract with Unicon "requires it to use E-Verify System to ensure its employees are legal."

Plaintiffs continue to maintain that the introduction of independent crews is but a ruse and is a thinly veiled cover-up for the ongoing retaliatory conduct of Mountaire in an effort once again to persuade Plaintiffs that they should not pursue this litigation. Plaintiffs respectfully submit that this retaliation must stop and that Plaintiffs' positions as Crew Leaders must be restored with the further admonition that Mountaire will not engage in any of this retaliatory conduct.

        Respectfully submitted,

        *MARTIN & WILSON, P.A.*

        _____
        Jeffrey K. Martin, Esquire (#2403)
        Timothy J. Wilson, Esquire (#4323)
        1508 Pennsylvania Avenue
        Wilmington, DE 19806
        (302) 777-4681
        jmartin@martinandwilson.com
        twilson@martinandwilson.com
        Attorneys for Plaintiffs

DATED: July 28, 2008

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUBREY WESTON, et al.<br><br>Plaintiffs,<br>v.<br><br>MOUNTAIRE FARMS, INC., MOUNTAIRE FARMS OF DELAWARE, INC, and MOUNTAIRE FARMS OF DELAWARE, all Delaware Corporations<br><br>Defendants. | C.A. NO. 1:07-cv-00052<br><br>JURY TRIAL DEMANDED |

### AFFIDAVIT OF KENNETH SAMPSON

STATE OF DELAWARE    :
                                     :   SS.
SUSSEX COUNTY         :

I, KENNETH SAMPSON, being duly sworn according to law, depose and state that the information contained herein is based on my own personal knowledge and is true and correct:

1. I am Plaintiff in the above-captioned matter and I was employed as a Crew Leader for Mountaire until earlier this month.

2. I have experienced no serious staffing problems with regard to having enough chicken catchers over the last several months. *I had an average of 6 catchers since the spring* K.S.

_____
KENNETH SAMPSON

SWORN AND SUBSCRIBED before me this 26th day of July, 2008.

_____
NOTARY PUBLIC

JEFFREY K. MARTIN, ESQ.
NOTARY PUBLIC
DELAWARE ATTORNEY
ID #2407
DELAWARE ATTORNEY AT LAW

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

AUBREY WESTON, et al.                )
                                     )
    Plaintiffs,                      )
        v.                           )   C.A. NO. 1:07-cv-00052
                                     )
MOUNTAIRE FARMS, INC., MOUNTAIRE     )   JURY TRIAL DEMANDED
FARMS OF DELAWARE, INC, and          )
MOUNTAIRE FARMS OF DELAWARE,         )
 all Delaware Corporations           )
                                     )
    Defendants.                      )

## AFFIDAVIT OF GIFFORD HOPKINS

STATE OF DELAWARE      :
                       :   SS.
SUSSEX COUNTY          :

I, GIFFORD HOPKINS, being duly sworn according to law, depose and state that the information contained herein is based on my own personal knowledge and is true and correct:

1. I am Plaintiff in the above-captioned matter and I am employed as a Crew Leader for Mountaire.

2.. I have experienced no serious staffing problems with regard to having enough chicken catchers over the last several months. *I have an Average of 6 catchers since Spring G.H.*

_Gifford Hopkins_
GIFFORD HOPKINS

SWORN AND SUBSCRIBED before me this 24th day of July, 2008.

_____
NOTARY PUBLIC

JEFFREY K. MARTIN, ESQ.
NOTARY PUBLIC
DELAWARE ATTORNEY
ID #2407
DELAWARE ATTORNEY AT LAW

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUBREY WESTON, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | C.A. NO. 1:07-cv-00052 |
| ) | |
| MOUNTAIRE FARMS, INC., MOUNTAIRE ) | JURY TRIAL DEMANDED |
| FARMS OF DELAWARE, INC, and ) | |
| MOUNTAIRE FARMS OF DELAWARE, ) | |
| all Delaware Corporations ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF ERNEST POWELL

STATE OF DELAWARE    :
                     :   SS.
SUSSEX COUNTY        :

I, ERNEST POWELL, being duly sworn according to law, depose and state that the information contained herein is based on my own personal knowledge and is true and correct:

1. I am Plaintiff in the above-captioned matter and I am employed as a Crew Leader for Mountaire.

2.. I have experienced no staffing problems with regard to having enough chicken catchers over the last several months.

*[signature: Ernest Powell]*
ERNEST POWELL

SWORN AND SUBSCRIBED before me this 26th day of July, 2008.

*[signature]*
NOTARY PUBLIC

JEFFREY K. MARTIN, ESQ.
NOTARY PUBLIC
DELAWARE ATTORNEY
ID #2407
DELAWARE ATTORNEY AT LAW

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUBREY WESTON, et al. )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>MOUNTAIRE FARMS, INC., MOUNTAIRE )<br>FARMS OF DELAWARE, INC, and )<br>MOUNTAIRE FARMS OF DELAWARE, )<br>all Delaware Corporations )<br>)<br>Defendants. ) | C.A. NO. 1:07-cv-00052<br><br>JURY TRIAL DEMANDED |

### AFFIDAVIT OF AUBREY WESTON

STATE OF DELAWARE    :
                     :  SS.
SUSSEX COUNTY        :

I, AUBREY WESTON, being duly sworn according to law, depose and state that the information contained herein is based on my own personal knowledge and is true and correct:

1. I am Plaintiff in the above-captioned matter and I was employed as a Crew Leader for Mountaire until earlier this month.

2.. I have experienced no staffing problems with regard to having enough chicken catchers over the last several months.

_____
AUBREY WESTON

SWORN AND SUBSCRIBED before me this __26__ day of July, 2008.

_____
NOTARY PUBLIC

JEFFREY K. MARTIN, ESQ.
NOTARY PUBLIC
DELAWARE ATTORNEY
ID #2407
DELAWARE ATTORNEY AT LAW

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUBREY WESTON, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | C.A. NO. 1:07-cv-00052 |
| ) | |
| MOUNTAIRE FARMS, INC., MOUNTAIRE ) | JURY TRIAL DEMANDED |
| FARMS OF DELAWARE, INC, and ) | |
| MOUNTAIRE FARMS OF DELAWARE, ) | |
| all Delaware Corporations ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF VIRGIL BAINE

STATE OF DELAWARE     :
                                       :     SS.
SUSSEX COUNTY          :

I, VIRGIL BAINE, being duly sworn according to law, depose and state that the information contained herein is based on my own personal knowledge and is true and correct:

1. I am Plaintiff in the above-captioned matter and I am employed as a Crew Leader for Mountaire.

2.. I have experienced no staffing problems with regard to having enough chicken catchers over the last several months.

_____
VIRGIL BAINE

SWORN AND SUBSCRIBED before me this  26  day of July, 2008.

_____
NOTARY PUBLIC

JEFFREY K. MARTIN, ESQ.
NOTARY PUBLIC
DELAWARE ATTORNEY
ID #2407
DELAWARE ATTORNEY AT LAW

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUBREY WESTON, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | C.A. NO. 1:07-cv-00052 |
| ) | |
| MOUNTAIRE FARMS, INC., MOUNTAIRE ) | JURY TRIAL DEMANDED |
| FARMS OF DELAWARE, INC, and ) | |
| MOUNTAIRE FARMS OF DELAWARE, ) | |
| all Delaware Corporations ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF WILLIAM B. HUDSON

STATE OF DELAWARE       :
                        :  SS.
SUSSEX COUNTY           :

I, WILLIAM B. HUDSON, being duly sworn according to law, depose and state that the information contained herein is based on my own personal knowledge and is true and correct:

1.  I am Plaintiff in the above-captioned matter and I am currently employed as a Crew Leader for Mountaire.

2..  I have experienced no staffing problems with regard to having enough chicken catchers over the last several months.

_____
WILLIAM B. HUDSON

SWORN AND SUBSCRIBED before me this 26th day of July, 2008.

_____
NOTARY PUBLIC

JEFFREY K. MARTIN, ESQ.
NOTARY PUBLIC
DELAWARE ATTORNEY
ID #2407
DELAWARE ATTORNEY AT LAW

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 28th day of July, 2008, on the below individuals via electronic mail.

Roger D. Landon, Esquire
Murphy Spadaro & Landon, P.A.
1011 Centre Road, #210
Wilmington, DE 19805
rlandon@msllaw.com

Arthur M. Brewer, Esquire
Eric Hemmendinger
SHAWE & ROSENTHAL, LLP
20 S. Charles St., 11th Floor
Baltimore, MD 21201
brewer@shawe.com
eh@shawe.com

JEFFREY K. MARTIN, ESQUIRE