IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUBREY WESTON, et al.<br><br>    Plaintiff,<br><br>v.<br><br>MOUNTAIRE FARMS, INC.,<br>MOUNTAIRE FARMS OF DELAWARE,<br>INC. and MOUNTAIRE FARMS OF<br>DELAWARE, all Delaware Corporations,<br>CHER VINK and BRUCE WEST,<br>Corporate Officers of MOUNTAIRE<br>FARMS, INC.,<br><br>    Defendants. | C. A. No. 1:07-cv-00052 |

## NOTICE OF SERVICE

I, Jeffrey K. Martin, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that two true and correct copies of *Plaintiffs' First Request For Production Of Documents Directed To All Defendants* were filed and served via electronic filing and/or regular U. S. Mail on August 13, 2008 to the following:

Eric Hemmendinger, Esquire
Arthur M. Brewer, Esquire
Shawe & Rosenthal
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

Roger D. Landon, Esquire
Murphy & Landon
1011 Centre Road, #210
Wilmington, DE 19805

MARTIN & WILSON, P.A.

JEFFREY K. MARTIN    (ID No. 2407)
TIMOTHY J. WILSON    (ID No. 4323)
1508 Pennsylvania Avenue
Wilmington, DE 19806
302-777-4681
jmartin@martinandwilson.com
twilson@martinandwilson.com
*Attorneys for Plaintiffs*

DATED: August 13, 2008