IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUBREY WESTON, et al. | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:07-cv-00052 SLR |
| MOUNTAIRE FARMS, INC., | : |
| Defendants. | : |

**PLAINTIFFS' MOTION TO CHANGE TRIAL DATE**

Pursuant to Federal Rule of Civil Procedure 7.1.1, Plaintiffs respectfully request a change of trial date from December 15, 2008 to September 29, 2008. Counsel for the Plaintiffs and counsel for the Defendants have spoken on this matter and have discussed this prospect with the Court. Defendant's counsel is unavailable and can not be reached this week due to a scheduled vacation and union negotiations out of State. The reasons for the request are as follows:

1.  Retaliatory conduct by the Plaintiffs' supervisors is threatening this litigation;

2.  Defense counsel have not advised the Court that they are unavailable for trial on September 29, 2008.

3.  Plaintiffs' discovery responses are substantially complete. Plaintiffs' document production will be sent out this week.

RESPECTFULLY SUBMITTED,

*MARTIN & WILSON, P.A.*

_____
Jeffrey K. Martin, Esquire (#2403)
Timothy J. Wilson, Esquire (#4323)
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
twilson@martinandwilson.com
Attorneys for Plaintiffs

DATED: August 13, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUBREY WESTON, et al. | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:07-cv-00052 SLR |
| MOUNTAIRE FARMS, INC., | : | |
| Defendants. | : | |

### ORDER

At Wilmington, Delaware this _____ day of _____, 2008,

After consideration of Plaintiffs' Motion to Change Trial

**IT IS HEREBY ORDERED** that:

1.   The new trial date will be September 29, 2008.


_____
THE HONORABLE SUE L. ROBINSON