UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUBREY WESTON, *et al.*, | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 1:07-cv-00052 |
| v. | * | |
| | * | |
| MOUNTAIRE FARMS, INC., *et al.* | * | |
| | * | |
| Defendants. | * | |
| _____ | / | |

## ANSWER TO AMENDED COMPLAINT

Defendants Mountaire Farms, Inc., Mountaire Farms of Delaware, Inc., and Cher Vink[1] answer the Complaint as follows:

1. Paragraph 1 describes the action and does not require an answer.

2. Admitted.

3. Admitted.

4. Denied.

5. Admitted as to Mountaire Farms Inc. and Mountaire Farms of Delaware, Inc. Denied as to Vink.

6. Admitted as to Mountaire Farms Inc. and Mountaire Farms of Delaware, Inc. Denied as to Vink.

7. Admitted as to Mountaire Farms of Delaware, Inc. Plaintiff was not employed by Mountaire Farms, Inc. or Vink. In July 2008, Weston was transferred to a different position.

---

[1] Bruce West has not been served with process.

8. Admitted as to Mountaire Farms of Delaware, Inc. Plaintiff was not employed by Mountaire Farms, Inc. or Vink.

9. Admitted as to Mountaire Farms of Delaware, Inc. Plaintiff was not employed by Mountaire Farms, Inc. or Vink.

10. Admitted as to Mountaire Farms of Delaware, Inc. Plaintiff was not employed by Mountaire Farms, Inc. or Vink. In July 2008, Hudson was transferred to a different position.

11. Admitted as to Mountaire Farms of Delaware, Inc. Plaintiff was not employed by Mountaire Farms, Inc. or Vink.

12. Admitted as to Mountaire Farms of Delaware, Inc. Plaintiff was not employed by Mountaire Farms, Inc. or Vink. In June 2008 Sampson was transferred to a different position.

13. Admitted as to Mountaire Farms of Delaware, Inc that Wise was a Crew Leader. He is now retired. Plaintiff was not employed by Mountaire Farms, Inc. or Vink.

14. Denied. The Corporations are organized under Arkansas law.

15. Admitted.

16. Admitted.

17. Admitted, with clarification that the corporations are Arkansas corporations.

18. Admitted.

19. Admitted.

20. Denied.

21. Admitted that Plaintiffs keep time records for their crews.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Admitted or denied in accordance with above.

35. Denied.

36. Denied

37. Admitted or denied in accordance with above.

38. Admitted except as to Vink.

39. Denied.

40. Denied.

41. Denied.

42. Defendant has insufficient knowledge to admit or deny the allegations of paragraph 42.

43. Admitted as to inactivity. Defendant has insufficient knowledge to admit or deny the allegation concerning intention to participate in this lawsuit.

44. Admitted.

45. Admitted that Sampson was informed that his crew was being replaced by an independent contractor. Otherwise denied.

46. Admitted.

47. Admitted as to Sampson's desire to work as a Crew Leader, denied that he was unaware of staffing problems in his crew.

48. Denied.

49. Admitted that Weston was informed that his crew was being replaced by an independent contractor.

50. Denied

51. Denied.

## AFFIRMATIVE DEFENSES

1. Plaintiffs are exempt from overtime pursuant to the executive exemption.

2. Claims arising before the applicable limitations period are time barred.

3. Defendants acted in good faith and had reasonable grounds for believing that their conduct was not a violation of the Fair Labor Standards Act.

4. Travel time before arrival at the first farm and after departure from the last farm is excluded from working time under the Portal-to-Portal Act and Fair Labor Standards Act.

5. Plaintiffs' state law claims fail to state a claim for which relief can be granted.

Respectfully submitted,

_____
Roger D. Landon, Esq.
Bar No. 2460
MURPHY & LANDON
1011 Centre Road, #210
Wilmington, DE 19805
Telephone: (302) 472-8100
Facsimile: (302) 472-8135

/s/
_____
Arthur M. Brewer
Eric Hemmendinger
SHAWE & ROSENTHAL, LLP
20 S. Charles St., 11th Floor
Baltimore, MD 21201
Telephone: (410) 752-1040
Facsimile: (410) 752-8861

**Attorneys for Defendants**