UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUBREY WESTON, *et al.*, | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 1:07-cv-00052 |
| | * | |
| v. | * | |
| | * | |
| MOUNTAIRE FARMS, INC., *et al.* | * | |
| | * | |
| Defendants. | * | |
| | * | |
| _____/ | | |

**DEFENDANTS' OPPOSITION TO MOTION
TO CHANGE TRIAL DATE**

Defendants Mountaire, *et al* respectfully oppose Plaintiffs' request to move the trial date from December 15, 2008 to September 29, 2008. In support of this opposition, Mountaire states as follows:

1. The original trial date was chosen in a telephone conference on March 17, 2008 with the participation of counsel for both sides. The scheduling order (D.I. 23) allows time for orderly preparation of this case, including motions for summary judgment, motions in limine, preparation of a pretrial order, and a pretrial conference. Experience in the *Davis* case teaches the benefit of orderly preparation.

2. The original Complaint contained one claim, i.e., that the Plaintiffs were improperly classified as exempt from overtime. On August 11, 2008, Plaintiffs filed an Amended Complaint, adding allegations of retaliation. Those claims also require

investigation and thorough preparation for trial. Furthermore, one of the individual Defendants added by amendment, Bruce West, has not been served with process.

3. Magistrate Judge Thynge has scheduled a settlement conference for September 25, 2008. Unlike the *Davis* case, in this case Mountaire believes that a settlement conference would be useful. Indeed, on August 18, 2008, Judge Thynge called counsel for Mountaire to ask whether, in light of the verdict in *Davis*, Mountaire had an interest in participating in a settlement conference in this case. Mountaire counsel said to Judge Thynge that Mountaire would be interested in attempting to reach a reasonable settlement in light of the cost and burden of litigation. That incentive to explore settlement would be lost if Mountaire were required to prepare to start trial a few days after the settlement conference.

4. Plaintiffs' motion to change the trial date was prompted by Mountaire's decision to replace some of its Crew Leaders at the Millsboro plant with an independent contractor. On August 11, 2008, the Court issued an Order (D.I. 40) denying Plaintiffs' request for a temporary restraining order, finding that there is no irreparable injury. There is no reason to believe that Plaintiffs' ability to testify at trial would be prejudiced by adhering to the existing schedule.

5. Mountaire counsel Arthur Brewer is scheduled to be out of the office from August 25 to September 14, 2008, initially in collective bargaining for a defense contractor and then on a pre-paid vacation. Mountaire's co-counsel Eric Hemmendinger has a number of active cases that require his attention between now and September 29.

For the foregoing reasons, Mountaire respectfully requests that the Plaintiffs' Motion to Change Trial Date be denied.

Respectfully submitted,

_____
Roger D. Landon, Esq.
Bar No. 2460
MURPHY & LANDON
1011 Centre Road, #210
Wilmington, DE 19805
Telephone: (302) 472-8100
Facsimile: (302) 472-8135

/s/
_____
Arthur M. Brewer
Eric Hemmendinger
SHAWE & ROSENTHAL, LLP
20 S. Charles St., 11th Floor
Baltimore, MD 21201
Telephone: (410) 752-1040
Facsimile: (410) 752-8861
Attorneys for Defendants