UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUBREY WESTON, *et al.*, | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 07-052-SLR |
| v. | * | |
| | * | |
| MOUNTAIRE FARMS, INC., *et al.* | * | |
| | * | |
| Defendants. | * | |
| _____/ | | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ERIC HEMMENDINGER
PURSUANT TO LOCAL DISTRICT COURT RULE 83.5**

Pursuant to Local Rule 83.5 of the United States District Court for the District of

Delaware and the attached Certification, the undersigned counsel moves for the

admission *pro hac vice* of Eric Hemmendinger, Esquire (the "Admittee"), of Shawe &

Rosenthal, LLP, 20 S. Charles Street, Baltimore, MD 21201, to represent Defendants

Mountaire Farms, Inc. and Mountaire Farms of Delaware in the above-captioned case.

_____
Roger D. Landon (Del. Bar. No. 2460)
Murphy & Landon
1011 Centre Road, #210
Wilmington, Delaware 19805
(302) 472-8100
*Attorney for Defendants*

Dated: 8-22-08

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation and course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____

Eric Hemmendinger
Shawe & Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

Dated: August 20, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

AUBREY WESTON, *et al.,*                  *
                                          *
              Plaintiff,                   *          Civil Action No. 07-052-SLR
      v.                                   *
                                          *
MOUNTAIRE FARMS, INC., *et al.*   *
                                          *
          Defendants.                      *
_____/

**ORDER**

      IT IS HEREBY ORDERED, this _____ day of _____, 2008, that

counsel's motion for admission *pro hac vice* of Eric Hemmendinger is granted.


                                    _____
                                    United States District Judge